STATE OF NEW JERSEY v. GEORGE BASS.

November 3, 1988.

Petition for certification denied.  (See 226 *N.J.Super.* 25)

KEM R. PUGH v. CARL R. FARRAR, ET AL.
AND LILA GELMAN.

January 3, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. RALPH KIETT.

January 3, 1989.

Petition for certification granted.

PHILADELPHIA OUTDOOR v. NEW JERSEY
EXPRESSWAY AUTHORITY.

January 4, 1989.

The Court having carefully reviewed the filings of all parties as to the merits of the appeal, and good cause appearing, it is ORDERED that the appeal is dismissed for failure to state a substantial constitutional issue within the meaning of the requirements of *R.* 2:2–1(a).  (See 221 *N.J.Super.* 207)